Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

In re: )
)
JONES, MARK EDWARD ) Case No. 10-70948
)
)
Debtor(s) ) Chapter 7
)

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
DEC 1 3 2010
BY _____
DEPUTY CLERK

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: 12-10-10

Robert E. Wick, Trustee
P. O. Box 8
Bristol, VA 24203
(276) 466-4488

CERTIFICATE OF SERVICE

This is to certify that I, R. E. Wick either electronically or by U.S. Mail served a copy of the foregoing on the Debtor, Debtor's Attorney, U. S. Trustee's Office, Emergency Coverage Corp (Claim 3), MCOT/Wellmont Physicians Services (Claim 6), and Treasurer of Wise County (Claim 10U) on 12-10-10.

R. E. WICK

In Re:  Mark Edward Jones
     Chapter 7
     Case No.:   10-70948

| Creditor | Claim No. | Reference No. | Distribution Amount |
|---|---|---|---|
| Emergency Coverage Corp By PRA Receivables Management, LLC P O Box 12907 Norfolk VA  23541 | #3 | Lonesome Pine Hospital #9167 | $3.84 |
| MCOT/Wellmont Physicians Services 2004 American Way, Suite 101 Kingsport, TN  37660 | #6 | #8665 WPS DBA Lonesome Pine CRNA Associates Jordan Jones 7/29/09 | $1.09 |
| Treasurer, Wise County P O Box 1308 Wise, VA  24293 | #10U | general unsecured | $0.88 |

        Total Amount:    $5.81

REW/cfa

```
                    705430

UNITED STATES BANKRUPTCY COURT
  WESTERN DISTRICT OF VIRGINIA
        ROANOKE OFFICE

Received From:
ROBERT E. WICK
P. O. BOX 8
BRISTOL                 VA   24203-
```

| CASE NO. | PRICE | QTY | AMOUNT |
|---|---|---|---|
| 10-70948<br>SMALL DIVID CH 7 < $5<br>MARK E. JONES | $ 0.00 | 1 | $ 3.84 |
| 10-70948<br>SMALL DIVID CH 7 < $5<br>MARK E. JONES | $ 0.00 | 1 | $ 1.09 |
| 10-70948<br>SMALL DIVID CH 7 < $5<br>MARK E. JONES | $ 0.00 | 1 | $ 0.88 |

|  TOTAL: | $ 5.81 |
|---|---|

CASH:       CHECKS: √     MONEY ORDERS:

Clerk : N. STONE
Date  : 12/13/2010